IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES A. GORDON, | : | |
| :--- | :--- | :--- |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-2651 |
| | : | |
| WILLIE MEANA CANADA, *et al.*, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 27 day of June, 2018, upon consideration of Plaintiff James A. Gordon's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Gordon's Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Moore's claims seeking review of the order appointing Canada as Exectrix of his father's estate are **DISMISSED** for lack of jurisdiction pursuant to the *Rooker-Feldman* doctrine. To the extent Gordon raises claims that are not barred by *Rooker-Feldman*, those claims are **DISMISSED without prejudice** to Gordon's right to pursue them in state court. Gordon may not file an amended complaint in this matter.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.